## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--- OFFENSE CHARGED ---

Count One: 15 U.S.C. §1 - Bid Rigging (Counts 1 and 3)
Count Two: 18 U.S.C. §1349 - Conspiracy to Commit Mail
Fraud (Counts 2 and 4)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum Terms for Counts 1 and 3: (1) 10 years prison; (2) fine of
$1 million; (3) 3 years supervised release; (4) $200 special
assessment; and (5) Restitution.  Maximum Terms for Counts 2 and
4: (1) 30 years prison; (2) fine of $1 million; (3) 5 years supervised
release; (4) $200 special assessment; and (5) Restitution

--- DEFENDANT - U.S ---

▶ DANIEL ROSENBLEDT      *WHO*

DISTRICT COURT NUMBER

**CR 13 587**

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form   Christina M. Wheeler, D.O.J.

☐ U.S. Attorney ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed? ☐ No    give date
filed

DATE OF ▶       Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

1  JEANE HAMILTON (CSBN 157834)
   ALBERT B. SAMBAT (CSBN 236472)
2  DAVID J. WARD (CSBN 239504)
3  CHRISTINA M. WHEELER (CSBN 203395)
   MANISH KUMAR (CSBN 269493)
4  MICAH L. WYATT (CSBN 267465)
   LIDIA MAHER (CSBN 22253)
5  E. KATE PATCHEN (NYRN 41204634)
6  U.S. Department of Justice
   Antitrust Division
7  450 Golden Gate Avenue
   Box 36046, Room 10-0101
8  San Francisco, CA 94102
9  christina.wheeler@usdoj.gov
   david.ward@usdoj.gov
10 Telephone: (415) 436-6660

11 Attorneys for the United States

12              UNITED STATES DISTRICT COURT                **WHO**

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15              **CR** **1 3** **587**

16
   UNITED STATES OF AMERICA          )    **INFORMATION**
17                                    )
                                      )
18              v.                    )    VIOLATIONS: 15 U.S.C. § 1 –
                                      )    Bid Rigging (Counts One & Three);
19                                    )    18 U.S.C. § 1349 – Conspiracy to
20 DANIEL ROSENBLEDT,                 )    Commit Mail Fraud (Counts Two &
                                      )    Four)
21              Defendant.            )
                                      )
22 _____

23     The United States of America, acting through its attorneys, charges:

24                      DANIEL ROSENBLEDT,

25 the defendant herein, as follows:

26                         BACKGROUND

27     1.    At all times relevant to this Information, when California homeowners defaulted

28 on their mortgages, mortgage holders could institute foreclosure proceedings and sell the

   INFORMATION – DANIEL ROSENBLEDT – 1

1  properties through non-judicial public real estate foreclosure auctions ("public auctions"). These
2  public auctions were governed by California Civil Code, Section 2924, *et seq.* Typically, a
3  trustee was appointed to oversee the public auctions. These public auctions usually took place at
4  or near the courthouse of the county in which the properties were located. The auctioneer, acting
5  on behalf of the trustee, sold the property to the bidder offering the highest purchase price.
6  Proceeds from the sale were then used to pay the mortgage holders, other holders of debt secured
7  by the property, and, in some cases, the defaulting homeowner (collectively, "beneficiaries").
8  COUNT ONE: 15 U.S.C. § 1 – Bid Rigging (San Mateo County)

9  ## THE COMBINATION AND CONSPIRACY

10  2.    Beginning as early as April 2008 and continuing until in or about January 2011,
11  the defendant, DANIEL ROSENBLEDT, and co-conspirators entered into and engaged in a
12  combination and conspiracy to suppress and restrain competition by rigging bids to obtain
13  selected properties offered at public auctions in San Mateo County in the Northern District of
14  California, in unreasonable restraint of interstate trade and commerce, in violation of the
15  Sherman Act, Title 15, United States Code, Section 1.

16  3.    The charged combination and conspiracy consisted of a continuing agreement,
17  understanding, and concert of action among the defendant and co-conspirators to suppress
18  competition by agreeing to refrain from or stop bidding against each other to purchase selected
19  properties at public auctions in San Mateo County at non-competitive prices.

20  4.    For the purpose of forming and carrying out the charged combination and
21  conspiracy, the defendant and co-conspirators did those things that they combined and conspired
22  to do, including, among other things:

23        a.    agreeing not to compete to purchase selected properties at public auctions
24  in San Francisco County;

25        b.    designating which conspirator would win the selected properties at the
26  public auctions for the group of conspirators; and

27        c.    refraining from or stopping bidding for the selected properties at the
28  public auctions.

INFORMATION – DANIEL ROSENBLEDT – 2

1    5.    Various entities and individuals, not made defendants in this Count, participated
2    as co-conspirators in the offense charged and performed acts and made statements in furtherance
3    thereof.

4                              TRADE AND COMMERCE

5    6.    During the period covered by this Information, the business activities of the
6    defendant and co-conspirators that are the subject of this Information were within the flow of,
7    and substantially affected, interstate trade and commerce.  For example, beneficiaries located in
8    states other than California received proceeds from the public auctions that were subject to the
9    bid-rigging conspiracy.

10                            JURISDICTION AND VENUE

11    7.    The combination and conspiracy charged in this Information was carried out, in
12    part, in the Northern District of California, within the five years preceding the filing of this
13    Information.

14    ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

15    COUNT TWO: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (San Mateo County)

16                               THE CONSPIRACY

17    8.    Beginning as early as April 2008 and continuing until in or about January 2011 in
18    San Mateo County in the Northern District of California, the defendant, DANIEL
19    ROSENBLEDT, and co-conspirators did willfully and knowingly combine, conspire, and agree
20    with each other to violate Title 18, United States Code, Section 1341, namely, to knowingly
21    devise and intend to devise and participate in a scheme and artifice to defraud beneficiaries, and
22    to obtain money and property from beneficiaries by means of materially false and fraudulent
23    pretenses, representations, and promises.

24    9.    The objects of the conspiracy were to fraudulently acquire title to selected
25    properties sold at public auctions in San Mateo County, to make and receive payoffs, and to
26    divert money to conspirators that would have gone to the beneficiaries.

27    //
28    //

INFORMATION – DANIEL ROSENBLEDT – 3

1    10.    Various entities and individuals, not made defendants in this Count, participated
2  as co-conspirators in the offense charged and performed acts and made statements in furtherance
3  thereof.

4                                    MEANS AND METHODS

5    11.    For the purpose of forming and carrying out the charged conspiracy, the
6  defendant and co-conspirators did those things that they conspired to do, including, among other
7  things:

8                 a.    negotiating payoffs with one or more conspirators not to compete;

9                 b.    in some instances, falsely participating in foreclosure auctions to create
10  the appearance that they were bidding competitively when, in fact, they were not;

11                 c.    purchasing the selected properties at public auctions at suppressed prices;

12                 d.    paying conspirators monies that otherwise would have gone to the
13  beneficiaries;

14                 e.    taking steps to conceal the fact that monies were diverted from the
15  beneficiaries to the conspirators;

16                 f.    making and causing to be made materially false and misleading statements
17  on records of public auctions that trustees relied upon to distribute proceeds from the public
18  auction to the beneficiaries and convey title to properties sold at the public auction; and

19                 g.    causing the suppressed purchase price to be reported and paid to the
20  beneficiaries.

21    12.    For the purpose of executing the scheme and artifice to defraud and attempting to
22  do so, the defendant and co-conspirators knowingly used and caused to be used the United States
23  Postal Service and private or commercial interstate carriers. For example, trustees used the
24  United States mail and private or commercial interstate carriers to transmit the Trustee's Deeds
25  Upon Sale and other title documents to participants in the conspiracy. These mailings were
26  foreseeable to the defendant in the ordinary course of business.

27  //

28  //

INFORMATION – DANIEL ROSENBLEDT – 4

<br>

1

## JURISDICTION AND VENUE

2    13.    The combination, conspiracy, and agreement to violate Title 18, United States

3 Code, Section 1341 charged in this Information was carried out, in part, in the Northern District

4 of California, within the five years preceding the filing of this Information.

5    ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

6 COUNT THREE: 15 U.S.C. § 1 – Bid Rigging (San Francisco County)

7 ## THE COMBINATION AND CONSPIRACY

8    14.    Beginning as early as November 2009 and continuing until in or about January

9 2011, the defendant, DANIEL ROSENBLEDT, and co-conspirators entered into and engaged in

10 a combination and conspiracy to suppress and restrain competition by rigging bids to obtain

11 selected properties offered at public auctions in San Francisco County in the Northern District of

12 California, in unreasonable restraint of interstate trade and commerce, in violation of the

13 Sherman Act, Title 15, United States Code, Section 1.

14    15.    The charged combination and conspiracy consisted of a continuing agreement,

15 understanding, and concert of action among the defendant and co-conspirators to suppress

16 competition by agreeing to refrain from or stop bidding against each other to purchase selected

17 properties at public auctions in San Francisco County at non-competitive prices.

18    16.    For the purpose of forming and carrying out the charged combination and

19 conspiracy, the defendant and co-conspirators did those things that they combined and conspired

20 to do, including, among other things:

21       a.    agreeing not to compete to purchase selected properties at public auctions

22 in San Francisco County;

23       b.    designating which conspirator would win selected properties at the public

24 auctions for the group of conspirators; and

25       c.    refraining from or stopping bidding for the selected properties at the

26 public auctions.

27 //

28 //

INFORMATION – DANIEL ROSENBLEDT – 5

1    17.    Various entities and individuals, not made defendants in this Count, participated
2    as co-conspirators in the offense charged and performed acts and made statements in furtherance
3    thereof.

4    ## TRADE AND COMMERCE

5    18.    During the period covered by this Information, the business activities of the
6    defendant and co-conspirators that are the subject of this Information were within the flow of,
7    and substantially affected, interstate trade and commerce. For example, beneficiaries located in
8    states other than California received proceeds from the public auctions that were subject to the
9    bid-rigging conspiracy.

10   ## JURISDICTION AND VENUE

11   19.    The combination and conspiracy charged in this Information was carried out, in
12   part, in the Northern District of California, within the five years preceding the filing of this
13   Information.

14   ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

15   COUNT FOUR: 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (San Francisco County)

16   ## THE CONSPIRACY

17   20.    Beginning as early as November 2009 and continuing until in or about January
18   2011 in San Francisco County in the Northern District of California, the defendant, DANIEL
19   ROSENBLEDT, and co-conspirators did willfully and knowingly combine, conspire, and agree
20   with each other to violate Title 18, United States Code, Section 1341, namely, to knowingly
21   devise and intend to devise and participate in a scheme and artifice to defraud beneficiaries, and
22   to obtain money and property from beneficiaries by means of materially false and fraudulent
23   pretenses, representations, and promises.

24   21.    The objects of the conspiracy were to fraudulently acquire title to selected
25   properties sold at public auctions in San Francisco County, to make and receive payoffs, and to
26   divert money to conspirators that would have gone to the beneficiaries.

27   //

28   //

INFORMATION – DANIEL ROSENBLEDT – 6

1    22.    Various entities and individuals, not made defendants in this Count, participated

2    as co-conspirators in the offense charged and performed acts and made statements in furtherance

3    thereof.

4                                    MEANS AND METHODS

5    23.    For the purpose of forming and carrying out the charged conspiracy, the

6    defendant and co-conspirators did those things that they conspired to do, including, among other

7    things:

8            a.    negotiating payoffs with one or more conspirators not to compete;

9            b.    purchasing selected properties at public auctions at suppressed prices;

10           c.    paying conspirators monies that otherwise would have gone to the

11   beneficiaries;

12           d.    taking steps to conceal the fact that monies were diverted from the

13   beneficiaries to the conspirators;

14           e.    making and causing to be made materially false and misleading statements

15   on records of the public auctions that trustees relied upon to distribute proceeds from the public

16   auctions to the beneficiaries and convey title to properties sold at the public auctions; and

17           f.    causing suppressed purchase prices to be reported and paid to the

18   beneficiaries.

19   24.    For the purpose of executing the scheme and artifice to defraud and attempting to

20   do so, the defendant and co-conspirators knowingly used and caused to be used the United States

21   Postal Service and private or commercial interstate carriers.  For example, trustees used the

22   United States mail and private or commercial interstate carriers to transmit the Trustee's Deeds

23   Upon Sale and other title documents to participants in the conspiracy.  These mailings were

24   foreseeable to the defendant in the ordinary course of business.

25   //

26   //

27   //

28   //

INFORMATION – DANIEL ROSENBLEDT – 7

1

## JURISDICTION AND VENUE

2      25.     The combination, conspiracy, and agreement to violate Title 18, United States

3 Code, Section 1341 charged in this Information was carried out, in part, in the Northern District

4 of California, within the five years preceding the filing of this Information.

5      ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

6 FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

7      26.     Paragraph 1 and Paragraphs 8 through 13 and 20 through 25 are hereby re-alleged

8 as if fully set forth here for the purpose of alleging forfeiture pursuant to the provisions of Title

9 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

10      27.     Upon conviction of the offenses alleged in Counts Two and Four of this

11 Information, the defendant:

12                       DANIEL ROSENBLEDT,

13 shall forfeit to the United States pursuant to Title 18, United State Code, Section 981(a)(1)(C)

14 and Title 28, United States Code, Section 2461(c), any property constituting, or derived from,

15 proceeds the defendant obtained directly or indirectly as the result of said violation, including a

16 monetary forfeiture judgment in the amount of $454,695.

17      28.     If, as a result of any act or omission of the defendant, any of said property:

18          a.     cannot be located upon the exercise of due diligence;

19          b.     has been transferred or sold to, or deposited with, a third party;

20          c.     has been placed beyond the jurisdiction of the Court;

21          d.     has been substantially diminished in value; or

22          e.     has been commingled with other property which cannot be divided

23                  without difficulty,

24 //

25 //

26 //

27 //

28 //

INFORMATION – DANIEL ROSENBLEDT – 8

1   any and all interest that the defendant has in any other property, up to the value of the property

2   described in Paragraph 27 above, shall be forfeited to the United States pursuant to Title 21,

3   United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

4   2461(c).

5

6   _____
    William J. Baer

7   Assistant Attorney General

8   _____

9   Scott D. Hammond
    Deputy Assistant Attorney General

10

11  _____
    Marvin N. Price

12  Director of Criminal Enforcement
    United States Department of Justice

13  Antitrust Division

14

15  Brian J. Stretch
    Attorney for the United States

16  Acting Under Authority Conferred
    by 28 U.S.C. § 515

17

18

19

20

21

22

23

24

25

26

27

28

_____
Phillip H. Warren
Chief, San Francisco Office

_____
Peter K. Huston
Assistant Chief, San Francisco Office

_____
Christina M. Wheeler
David J. Ward
Jeane Hamilton
Albert B. Sambat
Manish Kumar
Micah L. Wyatt
Lidia Maher
E. Kate Patchen
Trial Attorneys
U.S. Department of Justice
Antitrust Division

INFORMATION – DANIEL ROSENBLEDT – 9

PENALTY SHEET

Individual:    Daniel Rosenbledt

15 U.S.C. § 1 – Bid Rigging (Counts 1 and 3)
Maximum Penalties:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($200)
5.    Restitution

18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud (Counts 2 and 4)
Maximum Penalties:
1.    A term of imprisonment of 30 years
2.    A fine of $1 million
3.    A period of supervised release of not more than 5 years
4.    $100 special assessment per count ($200)
5.    Restitution