# United States District Court
# Northern District of California

## CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case. Please place this form on top of the Defendant Information Form.

**Case Name:**
USA v. DANIEL ROSENBLEDT

**Case Number:** WHO
CR 13 587

**Total Number of Defendants:**
1 ✓     2-7 _____     8 or more _____

**Is This Case Under Seal?**
Yes _____     No ✓

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes _____     No ✓

**Venue (Per Crim. L.R. 18-1):**
SF ✓     OAK _____     SJ _____

**Is this a death-penalty-eligible RICO Act gang case?**
Yes _____     No ✓

**Assigned AUSA (Lead Attorney):**
Christina M. Wheeler

**Comments:**

**Date Submitted:**
September _____, 2013

December 2011

PRINT