UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ANDERSON,<br>               Defendant. | [PROPOSED] ORDER<br><br><br>No. CR 11-00795 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK CAMPION,<br>               Defendant. | No. CR 11-00796 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DOHERTY,<br>               Defendant. | No. CR 11-00797 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH GOODMAN,<br>               Defendant. | No. CR 11-00798 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG LIPTON,<br>               Defendant. | No. CR 11-00799 CRB<br>Filed October 27, 2011 |

[PROPOSED] ORDER TO VACATE STATUS HEARING & SCHEDULE PLEAS    1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY KENT,<br>         Defendant. | No. CR 11-00800 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAITH SALMA,<br>         Defendant. | No. CR 11-00801 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENRI PESSAH,<br>         Defendant. | No. CR 11-00802 CRB<br>Filed October 27, 2011 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WORTHING,<br>         Defendant. | No. CR 12-00300 CRB<br>Filed April 26, 2012 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYDIA FONG,<br>         Defendant. | No. CR 12-00301 CRB<br>Filed April 26, 2012 |

[~~PROPOSED~~] ORDER TO VACATE STATUS HEARING & SCHEDULE PLEAS          2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NORMAN MONTALVO,<br>                    Defendant. | No. CR 12-00785 CRB<br>Filed November 1, 2012 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERT CHUNG,<br>                    Defendant. | No. CR 13-00069 CRB<br>Filed February 5, 2013 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED REZAIAN,<br>                    Defendant. | No. CR 13-00246 CRB<br>Filed April 16, 2013 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WILLIAMS,<br>                    Defendant. | No. CR 13-00388 CRB<br>Filed June 18, 2013 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL ROSENBLEDT,<br>                    Defendant. | No. CR 13-00587 CRB<br>Filed September 5, 2013 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KUO HSUAN "CHUCK" CHANG,<br>                    Defendant. | No. CR 13-00670 CRB<br>Filed October 9, 2013 |

[PROPOSED] ORDER TO VACATE STATUS HEARING & SCHEDULE PLEAS        3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL NAVONE,<br>           Defendant. | No. CR 13-00804 CRB<br>Filed December 17, 2013 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>FLORENCE FUNG,<br>           Defendant. | No. CR 13-00805 CRB<br>Filed December 17, 2013 |

**[~~PROPOSED~~] ORDER**

Upon consideration of the United States' Unopposed Request to Vacate Status Hearings and Schedule Guilty Plea Hearings, the September 19, 2017 status hearings in the above-captioned matters are vacated and the defendants are ordered to appear to for plea hearings as follows:

| Defendant | Date |
|---|---|
| Troy Kent | September 19, 2017 at 1:30 p.m. |
| Craig Lipton | September 19, 2017 at 1:30 p.m. |
| Michael Navone | September 19, 2017 at 1:30 p.m. |
| Gary Anderson | September 19, 2017 at 1:30 p.m. |
| Gilbert Chung | September 19, 2017 at 1:30 p.m. |
| Henri Pessah | September 19, 2017 at 1:30 p.m. |
| Robert Williams  9/22/2017 at 10:30 a.m. | ~~September 21, 2017 at 2:00 p.m.~~ |
| Florence Fung  9/22/2017 at 10:30 a.m. | ~~September 21, 2017 at 2:00 p.m.~~ |
| Lydia Fong  10/6/2017 at 11:00 a.m. | ~~September 26, 2017 at 1:30 p.m.~~ |
| James Doherty  10/6/2017 at 11:00 a.m. | ~~September 26, 2017 at 1:30 p.m.~~ |
| Patrick Campion  10/6/2017 at 11:00 a.m. | ~~September 26, 2017 at 1:30 p.m.~~ |

| | |
|---|---|
| Norman Montalvo 10/11/2017 at 11:00 a.m. | ~~September 26, 2017 at 1:30 p.m.~~ |
| Matthew Worthing 10/11/2017 at 1:30 p.m. | ~~September 26, 2017 at 1:30 p.m.~~ |
| Mo Rezaian | October 11, 2017 at 2:00 p.m. |
| Kuo Chang | October 11, 2017 at 2:00 p.m. |
| Laith Salma | October 11, 2017 at 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: September 18, 2017

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER TO VACATE STATUS HEARING & SCHEDULE PLEAS        5