# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### Criminal Minutes

Date:   October 11, 2017                          Judge:  Honorable Charles R. Breyer

Court Reporter:  Kathy Wyatt
Time: 8 Minutes
Case No.: CR13-0587-1 CRB
Case Name:  USA v. Daniel Rosenbledt (Present)

Attorney(s) for Government: Andrew Nicholson-Meade and Thomas Greene
Attorney(s) for Defendant(s): George Niespolo
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

### PROCEEDINGS

Change of Plea hearing held.  Defendant was sworn.  Defendant plead guilty to Count 1 and 3 of the Information.  Plea agreement signed and filed in open court.  Sentencing hearing set for March 21, 2018 at 1:30 pm.